UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PRESCOTT MCCURDY,<br>Petitioner,<br><br>v.<br><br>STATE OF MAINE,<br>Respondent. | )<br>)<br>)<br>)  Civil No. 2:19-cv-00511-LEW<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the Order Affirming Recommended Decision of the Magistrate Judge entered by U.S. District Judge, Lance E. Walker on May 19, 2020;

Petitioner take nothing and the Petition for Writ of Habeas Corpus is DISMISSED.

CHRISTA K. BERRY
CLERK

By:  /s/ Meaghan Hand
     Deputy Clerk

Dated: May 20, 2020